UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:24-CR-75 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC C. BEAN | ) | |

### ORDER

Application for leave of absence has been requested by Sarah N. Brettin, Special Assistant United States Attorney, for the below listed dates:

August 31, 2024;

September 5, 2024, through September 6, 2024;

September 23, 2024, through September 27, 2024;

October 7, 2024, through October 11, 2024;

November 29, 2024; and

December 10, 2024, through December 26, 2024.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this 16th day of August 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA